*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

UNPUBLISHED
September 22, 2022

Plaintiff-Appellee,

v

No. 356943
Ionia Circuit Court
LC No. 2019-017905-FH

CAMERON MATTHEW WEBB,

Defendant-Appellant.

Before: MURRAY, P.J., and O'BRIEN and REDFORD, JJ.

O'BRIEN, J. (*concurring*).

I agree in full with the majority opinion with the exception of Part II.B. For that part, being bound by *People v Anderson*, ___ Mich App ___; ___ NW2d ___ (2022) (Docket No. 354860) under the rule of stare decisis, I concur in the result. MCR 7.215(C)(2).

/s/ Colleen A. O'Brien